**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **HOWARD GARDNER** | **CASE NO.  6:25-CV-00006** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ENERGY MANAGEMENT CO L L C** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES

A telephone status conference was held on Monday, May 11, 2026 starting at 9:30 a.m. and ending at 9:40 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Christopher Zainey on behalf of the Plaintiff, and Constance Waguespack on behalf of Defendant Talos Energy, Inc.  No appearance was made on behalf of Intervenor Signal Mutual Indemnity Association, Ltd.

After discussion with counsel, the undersigned determined that no new trial date should be selected at this time.  Rather, a follow-up scheduling conference will be set, at which time new pretrial conference and trial dates will be selected, if appropriate.

Signed at Lafayette, Louisiana, this 11th day of May, 2026.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]     Statistical time: 10 minutes.