UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

HOWARD GARDNER                          CASE NO.  6:25-CV-00006

VERSUS                                  JUDGE DAVID C. JOSEPH

ENERGY MANAGEMENT CO L L C               MAGISTRATE JUDGE DAVID J. AYO

## ORDER

For the reasons discussed during the telephone scheduling conference held this day, it is hereby

**ORDERED** that follow-up telephone scheduling conference is now SET before the undersigned Magistrate Judge on Monday, June 15, 2026 at 11:00 a.m. Counsel will join the teleconference by dialing 1-855-244-8681 and entering access code 2305 119 9722.

**SO ORDERED** this 11th day of May, 2026 at Lafayette, Louisiana.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE